**RESNICK & LOUIS, P.C.**
PAUL A. ACKER, ESQ.
Nevada Bar No. 3670
GARY W. CALL, ESQ.
Nevada Bar No. 6922
ELIZABETH SPAUR, ESQ.
Nevada Bar No. 10446
8925 West Russell Road, Suite 220
Las Vegas, NV 89148
Telephone/Facsimile: (702) 997-3800
packer@rlattorneys.com
gcall@rlattorneys.com
espaur@rlattorneys.com
*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JEFFREY TOLL, | CASE NO.: 2:20-cv-00929-KJD-DJA |
| Plaintiff, | |
| vs. | **STIPULATION TO EXTEND DISCOVERY DATES; ORDER (FIRST REQUEST)** |
| NEVADA PROPERTY 1, LLC d/b/a THE COSMOPOLITAN OF LAS VEGAS, | |
| Defendant. | |

Come now Jeffrey Toll ("Mr. Toll" or the "Plaintiff") and Nevada Property 1, LLC d/b/a The Cosmopolitan of Las Vegas ("NP1") or the "Defendant") (collectively the "Parties"), by and through respective undersigned counsel, hereby submit the following, first, stipulation to extend discovery dates and request modification of the Court's scheduling order pursuant to Rule 16 of the Federal Rules of Civil Procedure.

**Recitals**

1. On July 9, 2020, this Court granted the Parties Discovery Plan and Scheduling Order that set the following deadlines:

   | | |
   |---|---|
   | Initial Expert Disclosures | December 31, 2020 |
   | Rebuttal Expert Disclosures | February 1, 2021 |
   | Discovery Cut-Off | March 1, 2021 |

1

| | |
|---|---|
| Deadline for Filing Dispositive Motions | March 31, 2021 |
| Deadline for Filing Joint Pre-Trial Order | April 30, 2021 |
| Deadline for Exchange of Pre-Trial Disclosures | April 30, 2021 |

2. The Parties are continuing to work together to complete discovery in this matter. Both parties have made initial disclosures and written discovery has been served by Plaintiff.

3. Good causes exist to grant this requested discovery extension. As noted in the Parties initial Scheduling Order, this matter involves events that took place within a Las Vegas casino and completion of discovery in this matter is complicated by the Coronavirus ("COVID-19") pandemic. While the parties have been diligent in their discovery efforts, a substantial amount of discovery remains to be completed, the COVID-19 outbreak has made the completion of remaining discovery within the existing deadlines impracticable This includes but not limited to further written discovery, party depositions, witness depositions, and disclosures of experts. On November 23, 2020, the Governor of Nevada announced additional statewide restrictions to combat a recent resurgence of COVID-19 within Nevada. Those restrictions have hampered efforts to confirm witness identities and may delay Defendant's ability to produce witnesses for deposition in this matter. In addition, the recent restrictions may impact any expert's ability to conduct any investigation that would include a site visit of the property.

4. The Parties have met and conferred and have agreed that a brief continuance should afford them the opportunity to work through these unique challenges, complete discovery and prepare this matter for trial.

### Stipulation

Accordingly, based upon the foregoing, the parties hereby stipulate to the following deadlines:

| | |
|---|---|
| Initial Expert Disclosures | February 1, 2021 |

2

| | | |
|---|---|---|
| 1 | Rebuttal Expert Disclosures | March 1, 2021 |
| 2 | Discovery Cut-Off | April 1, 2021 |
| 3 | Deadline for Filing Dispositive Motions | April 30, 2021 |
| 4 | Deadline for Filing Joint Pre-Trial Order | May 31, 2021 |
| 5 | Deadline for Exchange of Pre-Trial Disclosures | May 31, 2021 |

IT IS SO STIPULATED

DATED this 1st day of December, 2020.

RESNICK & LOUIS, P.C.

*/s/ Paul Acker*
_____
PAUL A. ACKER, ESQ.
Nevada Bar No. 3670
GARY W. CALL, ESQ.
Nevada Bar No. 6922
ELIZABETH SPAUR, ESQ.
Nevada Bar No. 10446
8925 West Russell Road, Suite 220
Las Vegas, NV 89148
*Attorneys for Defendant*

DATED this 1st day of December, 2020.

*/s/ Maurice VerStandig*
_____
MAURICE VERSTANDIG
Nevada Bar No. 15346
1452 W. Horizon Ridge Pkwy, #665
Henderson, Nevada 89012
*Attorney for Plaintiff*

**ORDER**

Having read and consider the Parties' Stipulation to Extend Discovery Dates, IT IS HEREBY ORDERED THAT the dates set forth in the Stipulated Discovery and Scheduling Order shall be CONTINUED to the dates ser forth in the stipulation above.

IT IS SO ORDERED.

Dated: December 2, 2020

_____
UNITED STATES MAGISTRATE JUDGE

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing STIPULATION TO EXTEND DISCOVERY DATES; ORDER (FIRST REQUEST) was served this 3rd day of July, 2020, upon the following persons via the CM/ECF system:

Maurice VerStandig, Esq.
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Parkway, #665
Henderson, NV 89012
mac@mbvesq.com
*Attorneys for Plaintiff*

　　　　　　　　　　　　　　　　　　　　/s/ Shyanne Jackson
　　　　　　　　　　　　　　　　　　　　─────────────────────────────
　　　　　　　　　　　　　　　　　　　　An Employee of Resnick & Louis, P.C.