**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| JEFFREY TOLL, | Case No. 2:20-cv-00929-KJD-DJA |
| Plaintiff, | |
| v. | **ORDER** |
| NEVADA PROPERTY 1, LLC, | |
| Defendant. | |

This matter is before the Court on the parties' Stipulation to Extend Discovery Dates (ECF No. 11), filed on February 10, 2021.  The Court has reviewed the stipulation and finds that it does not comply with LR 26-3.  "A motion or stipulation to extend a discovery deadline . . . must include: (a) A statement specifying the discovery completed; (b) A specific description of the discovery that remains to be completed; (c) The reasons why the deadline was not satisfied or the remaining discovery was not completed within the time limits set by the discovery plan; and (d) A proposed schedule for completing all remaining discovery."  LR 26-3.   Based on the information provided in the stipulation, the Court is unable to evaluate the progress the parties have made since their first stipulation to extend discovery.  The Court will therefore deny the stipulation without prejudice.  The parties are directed to file a stipulation that complies with Local Rule 26-3, with specific emphasis on describing the discovery completed to date and the discovery that remains to be completed.  *See* LR 26-3(a)-(d).

Accordingly,

IT IS THEREFORE ORDERED that the parties' Stipulation Extending Discovery Dates (ECF No. 11) is **denied without prejudice**.

DATED: February 16, 2021

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE