# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JEFFREY TOLL, | Case No. 2:20-cv-00929-KJD-DJA |
| Plaintiff, | |
| v. | **ORDER** |
| NEVADA PROPERTY 1, LLC, | |
| Defendant. | |

This matter is before the Court on the parties' Stipulation to Extend Discovery Dates (ECF No. 13), filed on March 15, 2021. The Court has reviewed the Stipulation and finds that it does not comply with LR 26-3. The parties failed to demonstrate that the filing of this Stipulation after the expiration of the deadline for rebuttal expert disclosures, which expired on March 1, 2021, was the result of excusable neglect. "A request made after the expiration of the subject deadline will not be granted unless the movant also demonstrates that the failure to act was the result of <u>excusable neglect</u>." LR 26-3 (emphasis added). Accordingly,

IT IS THEREFORE ORDERED that the parties' Stipulation to Extend Discovery Dates (ECF No. 13) is **denied without prejudice**.

IT IS FURTHER ORDERED that any subsequent motion or stipulation to extend discovery deadlines subject to the discovery plan and schedule order must comply with LR 26-3 and set forth good cause or excusable neglect for the requested extension.

DATED: March 16, 2021

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE