1  Maurice VerStandig, Esq.
   Nevada Bar No.: 15346
2  The VerStandig Law Firm, LLC
   1452 W. Horizon Ridge Pkwy, #665
3  Henderson, Nevada 89012
   Telephone/Facsimile: (301) 444-4600
4  Email: mac@mbvesq.com
   *Counsel for Jeffrey Toll*

5

**UNITED STATES DISTRICT COURT**
6  **DISTRICT OF NEVADA**

7  JEFFREY TOLL,                              *
                                              *  Case No.: 2:20-cv-00929-KJD-DJA
8          Plaintiff,                         *
                                              *  **STIPULATION & CONSENT ORDER**
9      v.                                     *  **EXTENDING TIME TO RESPOND TO**
                                              *  **DEFENDANT'S RENEWED MOTION**
10 NEVADA PROPERTY 1, LLC d/b/a THE           *  **FOR SUMMARY JUDGMENT (FIRST**
   COSMOPOLITAN OF LAS VEGAS                  *  **REQUEST)**
11                                            *
           Defendant.                         *
12

13         WHEREAS, on February 18, 2022, Nevada Property 1, LLC d/b/a The Cosmopolitan of

14 Las Vegas (the "Defendant") filed its Renewed Motion for Summary Judgment [Dkt. No. 23] (the

15 "Renewed Motion");

16         WHEREAS, the deadline for Jeffrey Toll (the "Plaintiff") to file his opposition brief to the

17 Defendant's Renewed Motion is March 11, 2022 pursuant to Local Rule 7-2(b);

18         WHEREAS, counsel for the Plaintiff has been managing an in-person trial spread over two

19 weeks, and was preparing for a separate in-person jury trial that was continued on the afternoon of

20 the last business day before it was set to commence;

21         WHEREAS, in light of the foregoing, the Plaintiff requested, and the Defendant has agreed,

22 that the Plaintiff is permitted an extension of the time to file an opposition brief to the Defendant's

23 Renewed Motion for an additional fourteen (14) days, up to and including March 25, 2022; and

24

25

26

WHEREAS it is STIPULATED and AGREED that the Plaintiff shall have through and including March 25, 2022 to respond to the Defendant's Renewed Motion in the above-captioned case.

Dated: March 3, 2022

Respectfully submitted,

| | |
|---|---|
| /s/ *Maurice VerStandig* | /s/ Elizabeth Spaur (signed w/ permission) |
| Maurice VerStandig, Esq. | Elizabeth C. Spaur |
| Nevada Bar No.: 15346 | Nevada Bar No.: 10446 |
| The VerStandig Law Firm, LLC | Resnick & Louis, P.C. |
| 1452 W. Horizon Ridge Pkwy, #665 | 8925 West Russell Road, Suite 220 |
| Henderson, Nevada 89012 | Las Vegas, NV 89148 |
| Telephone/Facsimile: (301) 444-4600 | Telephone/Facsimile: (702) 268-9514 |
| Email: mac@mbvesq.com | Email: espaur@rlattorneys.com |
| *Counsel for Jeffrey Toll* | *Counsel for Nevada Property 1, LLC* |

## ORDER

Pursuant to the parties' Stipulation and Consent Order, and for the reasons set forth therein, it is hereby ORDERED that the Plaintiff's deadline to respond to the Defendant's Renewed Motion shall be extended to March 25, 2022.

IT IS SO ORDERED.

Dated: March 10, 2022

_____
United States District Judge